UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **LIBERTO DE LO SANTO,** | : | VIOLATIONS: 18 U.S.C. §1542 |
| **also known as William Burgos,** | : | (False Statement in Application for Passport); |
| **Defendant.** | : | 18 U.S.C. §1546(a) |
| | : | (Misuse of Other Documents); |
| | : | 18 U.S.C. §1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

### **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about October 27, 2005, within the District of Columbia, **LIBERTO DE LO SANTO, also known as William Burgos**, did willfully and knowingly make a false statement, which stated that he was a United States citizen, with intent to induce or secure the issuance of a passport under the authority of United States for his own use.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542)

### **COUNT TWO**

On or about October 27, 2005, within the District of Columbia, **LIBERTO DE LO SANTO, also known as William Burgos**, did utter, use, attempt to use, and possess documents, that is, a social security card and birth certificate, which was prescribed by statute or regulation for entry into

or as evidence of authorized stay or employment in the United States, knowing the social security card and birth certificate to have been unlawfully obtained.

(**Misuse of Other Document**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT THREE

On or about October 27, 2005, within the District of Columbia, defendant **LIBERTO DE LO SANTO, also known as William Burgos,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Two of this indictment, and such means of identification consisted of a false social security card with the following social security number that is fully known by the Grand Jury and identified herein by the last four digits, "7046,"

 (**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.