# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>LIBERTO DE LO SANTO<br><br><br>DOB:        PDID: | DOCKET NO: **06-115** | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Liberto De Lo Santo | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FALSE STATEMENT IN APPLICATION FOR PASSPORT;

MISUSE OF OTHER DOCUMENTS;

AGGRAVATED IDENTITY THEFT

FILED
MAY 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18:1542; 18:1546(a); and 18:1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/2/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/2/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5-2-06 | NAME AND TITLE OF ARRESTING OFFICER<br>JEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5-9-06 | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |