UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-115 (RWR)** |
| v. | : | |
| | : | |
| **LIBERTO DE LO SANTO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji, at telephone number (202) 353-8822 and/or email address Perham.Gorji@usa.usdoj.gov . Mr. Gorji will substitute for Assistant United States Attorney Patricia Z. Stewart as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

PERHAM GORJI
Assistant United States Attorney
D.C., Bar No.
555 4th Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822