UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-115 (RWR) |
| : | |
| LIBERTO DE LO SANTO : | |
| : | |
| Defendant. : | |
| _____ : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated May 24, 2006, without enclosures, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
Perham Gorji
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated May 24, 2006, with enclosures, were served by first class mail upon counsel of record for the defendant, Danielle Jahn, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __24th___ day of May, 2006.

_____
Assistant United States Attorney