UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO.  06-115 (RWR) |
| : | |
| **LIBERTO DE LO SANTO** : | |
| : | |
| **Defendant.** : | |
| : | |

**UNOPPOSED MOTION TO VACATE MOTIONS DEADLINE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Honorable Court vacate the previously set deadline for the filing of motions in the above-captioned case.  As grounds for this request, the United States says as follows:

1. The defendant in the above-captioned case is charged, by way of indictment, with making a false statement in an application for passport, in violation of 18 U.S.C. § 1542, misuse of other documents, in violation of 18 U.S.C. § 1546(a), and aggravated identity theft, in violation of 18 U.S.C. §1028A(a)(1).  The indictment in this case was filed on May 9, 2006.

2. At a status hearing on May 25, 2006, the Court ordered the parties to file all motions by June 14, 2006.  The Court set a subsequent status hearing for June 16, 2006.

3. On June 6, 2006, the undersigned Assistant U.S. Attorney was informed by defense counsel, Federal Public Defender Dani Jahn, Esquire, that the defendant has agreed to the plea offer extended by the government, requiring that the defendant plea guilty to False Statement in Application for Passport, in violation of 18 U.S.C. § 1542, and Misuse of Other Documents, in violation of 18 U.S.C. § 1546(a).

4. The undersigned Assistant U.S. Attorney contacted the Court's deputy clerk and was told that the plea has tentatively been scheduled June 16, 2006, the date the parties in this case are

next due in court. Because all motions are currently due on June 14, 2006, two days before the tentatively scheduled plea date, the government respectfully requests that this Honorable Court vacate the deadline for the filing of motions and that, if necessary, a new deadline be set by the Court at the next status date, on June 16.

5. The undersigned Assistant U.S. Attorney has spoken with defense counsel about this request and was informed the government's request is unopposed.

WHEREFORE, the United States respectfully requests that the instant motion be granted and that the motions deadline be vacated.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

By: _____
Perham Gorji
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

### Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated May 24, 2006, with enclosures, were served by first class mail upon counsel of record for the defendant, Danielle Jahn, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this ___ day of June, 2006.

_____
Assistant United States Attorney