UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 06-115 (RWR)** |
| | : | |
| **LIBERTO DE LO SANTO** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Upon consideration of the motion of the United States of America, and having been informed that the motion is unopposed, it is hereby:

ORDERED that the motion is GRANTED, and the deadline for filing motions is VACATED.

SIGNED this _____ day of June, 2006.


_____
RICHARD W. ROBERTS
United States District Judge