UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 06-115 (RWR)** |
| : | |
| **LIBERTO DE LO SANTO** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## MEMORANDUM IN SUPPORT OF PLEA AGREEMENT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum of law in support of the anticipated plea in the above-captioned case and states as follows:

1. The defendant in the above-captioned case is charged, by way of indictment, with making a false statement in an application for passport, in violation of 18 U.S.C. § 1542, misuse of other documents, in violation of 18 U.S.C. § 1546(a), and aggravated identity theft, in violation of 18 U.S.C. §1028A(a)(1). The indictment in this case was filed on May 9, 2006.

2. On June 6, 2006, the undersigned Assistant U.S. Attorney was informed by defense counsel, Federal Public Defender Dani Jahn, Esquire, that the defendant has agreed to the plea offer extended by the government, requiring that the defendant plea guilty to Count One of the Indictment, charging False Statement in Application for Passport, in violation of 18 U.S.C. § 1542, and Count Two of the Indictment, charging Misuse of Other Documents, in violation of 18 U.S.C. § 1546(a).

4. On June 16, 2006, the parties appeared in Court for the purpose of taking the plea in the case. The Court raised the issue of whether a "social security card" or "birth certificate"

constitute documents "prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States," as charged in Count Two in the Indictment. At the hearing the parties were unable to cite authority demonstrating that the misuse of a social security card is governed by Title 18, Unite States Code, Section 1546(a), as a "document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States."

     5. Documentation demonstrating employment authorization is defined by statute in Section 274A(B) of the Immigration and Naturalization Act, codified at Title 8, United States Code, Section 1324a(b). This section creates an employment verification system and specifies that a "social security account number card" is a document "evidencing employment authorization." 8 U.S.C. § 1324a(b)(1)(C)(I). In United States v. Tysons Foods, Inc., 258 F.Supp.2d 809 (E.D. Tenn. 2003), for example, the court explained that although that a social a security account number card is not an "identification document" within the meaning of Title 18, United States Code, Section 1546(b), social security cards do constitute documents evidencing employment authorization and therefore fall within the meaning of Title 18, United States Code, Section 1546(a). In distinguishing between Subsections 1546(a) and 1546(b), the court stated, "[t]he language in § 1546(a) obviously includes Social Security cards because they are required for employment in the United States." Id., at 815.

6.	Based on the foregoing, the government respectfully submits that Count Two of the Indictment, stating that the defendant misused a social security card, sufficiently alleges a violation of Title 18, United States Code, Section 1546(a).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

By:	_____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

### Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached Memorandum in Support of Plea Agreement was served by first class mail upon counsel of record for the defendant, Danielle Jahn, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this _16th__ day of June, 2006.

_____
Assistant United States Attorney