UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-115 (RWR)
)
Liberto De Lo Santo )

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x_Delosto liberto_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

FILED
JUN 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT