UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 06-115 (RWR) |
| LIBERTO DE LO SANTO : | FILED |
| Defendant. : | JUN 26 2006 |
| | NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |

## FACTUAL PROFFER

Were the Government to go to trial in the above-captioned case, the Government would prove the following beyond a reasonable doubt:

The defendant's true identity is Liberto De Lo Santo, born on December 31, 1964, in the Dominican, and has been living in the United States as a illegal resident. Because the defendant is not a United States citizen, and has been living in the United States unlawfully, he is not entitled to a passport issued by the United States.

On October 27, 2005, at the United States Post Office, Ben Franklin Station, in Washington, D.C., the defendant, Liberto De Lo Santo, executed an Application for U.S. Passport, form DS-11 (the "October 27th Passport Application"), under the name William Burgos. The defendant swore that the statements made on his application were true and correct before Claudius Barnes, an employee of the U.S. government and a person authorized by the U.S. Department of State to accept passport applications.

On the October 27th Passport Application, the defendant swore that his name was William Burgos, born a United States citizen on December 22, 1965, in Naguabo, Puerto Rico, with social security number 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. The social security number listed on the October 27th Passport Application¹ does not belong to the defendant. Unlike the true William Burgos, the defendant is not

¹ as well as the social security card presented,

a citizen of the United States. Based on a review of a federal fingerprint database, it was determined that the defendant had been arrested in New York in January 5, 1989. At the time of that arrest in 1989, the defendant gave his true name, Liberto De Lo Santo, born on December 31, 1964, in the Dominican Republic. Additionally, in order to obtain further evidence of the defendant's true identity, Department of State agents executed a search warrant at the defendant's home at 4526 13th Street, N.W., #6, Washington, D.C., on May 9, 2006. The agents recovered several documents containing the name of Liberto De Lo Santo, including an application for a social security card in the name of Liberto De Lo Santo and photo I.D. cards with the defendant's photograph and name, Liberto De Lo Santo.

The true William Burgos, born on December 22, 1965 in Naguabo, Puerto Rico, having social security number 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, resides in New Haven, Connecticut. William Burgos was not in Washington, D.C., on the day the defendant completed the October 27th Passport Application. At the time the defendant applied for the October 27th Passport Application, the defendant made use of Mr. Burgos's former social security number, 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, and presented a birth certificate for William Burgos, born on December 22, 1965, in Naguabo, Puerto Rico, for the purpose of obtaining a passport [with official raised seal]. At the time the defendant completed the October 27th Passport Application, he knew that William Burgos' the social security number and birth certificate did not truly belong to him, and that he was neither born in Puerto Rico nor a U.S. citizen. Indeed, when interviewed by Department of State agents after his arrest on May 9, 2006, the defendant claimed he was from Naguabo, Puerto Rico. He was asked to name another town in Puerto Rico. The defendant was able to state that San Juan is a city in Puerto Rico, but could not name any other towns or cities in Puerto Rico.

In addition, on the October 27th Passport Application, the defendant swore he had never previously applied for a U.S. passport, when in fact he previously applied for a U.S. passport under the same name, William Burgos, in New York, New York, on May 30, 1996.

The defendant completed the October 27th Passport Application intentionally, and not by mistake, intentionally misstating, among other things, his name, place of birth and social security number.

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Government's Factual Proffer in the above-captioned case, 06-115, with my attorney, Dani Jahn, Esquire. I agree, and acknowledge by my signature that this Factual Proffer is true and correct.

Date: 6/26/06

_____
Liberto De Lo Santo

Date: 6/26/06

_____
Dani Jahn, Esq.
Attorney for Defendant Liberto De Lo Santo