HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0115</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| De Lo Santo, Liberto | : | Disclosure Date: <u>July 31, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                          **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.    * Except for discussion @ #33 & #34

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Delosto Liberta)*  8/3/06          *Nain Gahn*  8/3/06
**Defendant**         **Date**          **Defense Counsel**    **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 14, 006</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer